AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Edward M. Robinson and Sharon H. Robinson, )
*Plaintiff* )
)
v. )   Civil Action No.   6:15-cv-01874-MGL
Select Portfolio Servicing Inc, )

*Defendant,*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered that Defendant's Motion to Dismiss is granted.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:   February 23, 2016                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                 s/A. Buckingham
                                                    *Signature of Clerk or Deputy Clerk*